UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
OCT 17 2007

*******************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 07-40055-02, 03, 04, 05, 06, 07, 08, |
| Plaintiff, | * | 10, 11, 12, 13, 15, 16, 17 |
| vs. | * | ORDER |
| OLIMEDJI AYODELE, a/k/a Oladimeji Ayodele, a/k/a "O," a/k/a "Ola"; FELICIA BONWELL, a/k/a "Buffy"; DOMINIQUE RIGGINS, a/k/a "G"; JOEL TAYLOR, a/k/a Fat Boy," a/k/a "Big Boy"; JOHN STANFORD; QUENTIN BOOKER, a/k/a "Q"; HERMAN MOTLEY, a/k/a "Blade," ALLISON CRAWFORD; HORACE BONNER; FRANK BAKER; CRISHAWN BONWELL; BRANYON DALE PIPPENGER, a/k/a "Bam Bam," LORI SAMPSON; and STACIE LYNN SCHRODER, Defendants. | * | |

*******************************************************

Pending before the Court is a Motion for Continuance of Trial, Doc. 211, filed by counsel for Defendant Stacie Schroder. The motion requests the trial date be continued from the date of December 4, 2007, due to a conflict in counsel's schedule and the pregnancy of Defendant. The Court entered an Order continuing the trial of this matter on the same date as the pending motion was filed. Accordingly,

IT IS ORDERED:

1. That the Motion for Continuance of Trial, Doc. 211, filed by counsel for Defendant Stacie Schroder, is denied as moot.

Dated this 17th day of October, 2007.

BY THE COURT:

*/s/ Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: *Shelly Margulies*
DEPUTY